MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
Ofc: (702) 870-8700
Fax: (702) 870-0034
Attorney for Plaintiff
mgliner@glinerlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MARVIN KATZ,

    Plaintiff,

vs.

BANK OF AMERICA, N.A. and
SPECIALIZED LOAN SERVICING LLC

    Defendants.

Case No.  2:15-cv-00233-LDG-CWH

**STIPULATION TO EXTEND THE TIME TO RESPOND TO DEFENDANT BANK OF AMERICA'S MOTION FOR JUDGMENT ON THE PLEADINGS THROUGH AND INCLUDING FRIDAY, AUGUST 21, 2015 [SECOND REQUEST]**

This Stipulation is filed pursuant to Local Rules 6-1 and 26-4.  This action was filed February 10, 2015.  On June 27, 2015 Defendant Bank of America filed its pending Motion for Judgment on the Pleadings.

///
///
///
///
///
///

Defendant has courteously agreed to this extension. One previous extension was provided through August 14, 2015 [17]. The parties are seriously discussing settlement. Additionally, counsel for Plaintiff is a sole practitioner who has extensively been out of the office. Plaintiff does not intend to request any further extensions to respond to Defendant's Motion for Judgment on the Pleadings.

DATED: August 14, 2015

MITCHELL D. GLINER, ESQ.

/s/ Mitchell D. Gliner
MITCHELL D. GLINER, ESQ.
Nevada Bar No. 003419
3017 W. Charleston Blvd. # 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

AKERMAN LLP

/s/ Allison Schmidt
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON SCHMIDT, ESQ.
Nevada Bar No. 10743
1160 Town Center Dr., #330
Las Vegas, Nevada 89144
Attorneys for Defendants
Bank of America, N.A. and
Specialized Loan Servicing LLC

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

DATED: __18__ August 2015