MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
Ofc: (702) 870-8700
Fax: (702) 870-0034
Attorney for Plaintiff
mgliner@glinerlaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARVIN KATZ, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:15-cv-00233-LDG-CWH |
| | ) |
| vs. | ) |
| | ) |
| BANK OF AMERICA, N.A. and | ) |
| SPECIALIZED LOAN SERVICING LLC | ) |
| | ) |
| Defendants. | ) |

**MOTION TO EXTEND THE TIME TO RESPOND TO
DEFENDANT BANK OF AMERICA'S MOTION FOR JUDGMENT
ON THE PLEADINGS THROUGH AND INCLUDING MONDAY, AUGUST 24, 2015
[THIRD REQUEST]**

This Motion is filed pursuant to Local Rule 6-1. This action was filed February 10, 2015. On June 27, 2015 Defendant Bank of America filed its pending Motion for Judgment on the Pleadings.

///
///
///
///
///
///

On August 18, 2015 this Honorable Court granted Plaintiff an extension through today, August 21, 2015 [#19]. Counsel for Plaintiff apologizes in requesting this additional day. Counsel for Plaintiff has recently been out of the office and has not yet caught up with the volume of work before him. Counsel for Plaintiff will not request any further extensions to respond to Defendant's Motion for Judgment on the Pleadings.

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
Attorney for Plaintiff

ORDER

IT IS SO ORDERED.
DATED this 24 day of August, 2015.

_____
Lloyd D. George
Sr. U.S. District Judge