MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
Ofc: (702) 870-8700
Fax: (702) 870-0034
Attorney for Plaintiff
mgliner@glinerlaw.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MARVIN KATZ                         )
                                    )
        Plaintiff,                  )   Case No. 2:15-cv-00233-LDG-CWH
                                    )
vs.                                 )
                                    )
BANK OF AMERICA, N.A. and           )
SPECIALIZED LOAN SERVICING LLC      )
                                    )
        Defendants.                 )
_____)

**PLAINTIFF'S COMBINED MOTION FOR A THIRTY (30) DAY EXTENSION THROUGH DECEMBER 2, 2015 TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXTEND THE DISCOVERY DEADLINE BY FORTY-FIVE (45) DAYS THROUGH JANUARY 28, 2016
[SECOND REQUESTS]**

This Motion is filed pursuant to local rule 6-1. It has also been filed pursuant to local rule 26-4. Local rule 26-4 requires any request to extend a discovery or case management deadline be received no later than twenty-one (21) days prior to the expiration of the subject deadline. On March 18, 2015 this Honorable Court adopted the parties' initial Stipulated Discovery Plan and Scheduling Order which provided for a discovery deadline of September 14, 2015 [#10]. On August 28, 2015 this Honorable Court extended the discovery cutoff through December 14, 2015 [#26].

As previously noted in prior motion practice in this action, counsel for Plaintiff is a sole practitioner who has been out of the office tending to various personal matters including the extended distribution of his parents' estate and the severe illness of a sibling. Counsel for Plaintiff's unmarried sister resides in South Florida and has been diagnosed with lung cancer. Last week she passed out breaking both her shoulder and knee. She has been readmitted to a hospital in South Florida with relevant signs that this is her final illness. Counsel for Plaintiff anticipates being extensively out of the office over the near term.

It is important to note that counsel for Plaintiff has dealt with both opposing counsel and other attorneys in her firm, Akerman LLP, representing Bank of America in other litigation and has <u>always</u> provided requested extensions to Discovery and Case Management deadlines *without any objection*. These granted extensions often exceeded what Plaintiff now requests herein.

<u>Statement Specifying The Discovery Completed</u>:

During early April, 2015 Plaintiff served Defendant SLS with his first set of interrogatories and request for production of documents. On May 5, 2015 SLS requested an extension through June 1, 2015 which was <u>immediately provided</u>. On June 1, 2015 SLS served its responses objecting to each and every interrogatory and request for production of documents in boilerplate fashion. Absent either settlement or an agreement to provide the discovery sought, Plaintiff will be required to file a Motion to Compel.

<u>Description Of The Discovery That Remains To Be Completed</u>:

Defendants have served no discovery and haven't noticed any depositions. It is unknown what their plans are. Plaintiff intends to serve written discovery upon BOA and take depositions of both Defendants. As noted, supra, Plaintiff will also need to deal with the issue of SLS's alleged failure to appropriately respond to Plaintiff's prior written discovery.

Plaintiff additionally requests a thirty (30) day extension through December 2, 2015 to respond to Defendants' Motion for Summary Judgment filed September 2, 2015 [#28]. Plaintiff has received one prior fourteen day extension [#30].

Counsel for Plaintiff apologizes regarding these requests and recognizes the importance of dutifully proceeding. Counsel for Plaintiff also recognizes the likelihood in a few weeks there will be little need for any further extensions.

Respectfully submitted,

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
Attorney for Plaintiff

ORDER

IT IS SO ORDERED that a thirty-day extension through December 2, 2015, to respond to defendants' Motion for Summary Judgment only is hereby GRANTED.

DATED this __4__ day of November, 2015.

Lloyd D. George
Sr. U.S. District Judge