## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MARVIN KATZ,

    Plaintiff,

v.

BANK OF AMERICA, N.A., *et al*.,

    Defendants.

Case No. 2:15-cv-00233-LDG (CWH)

**ORDER**

The plaintiff previously filed a notice of settlement, indicating this matter has been settled. A hearing regarding the status of the settlement was subsequently requested and, following that hearing, the magistrate judge scheduled a settlement conference. Accordingly, to allow the parties the fullest opportunity to resolve this matter,

THE COURT **ORDERS** that Defendants' Motion for Judgment (#15) and Motion for Summary Judgment (#28) are DENIED without prejudice.

DATED this ___ day of March, 2016.

_____
Lloyd D. George
United States District Judge