MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
Ofc: (702) 870-8700
Fax: (702) 870-0034
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MARVIN KATZ                        )
                                   )
     Plaintiff,                    )   Case No. 2:15-cv-00233-LDG-CWH
                                   )
vs.                                )
                                   )
BANK OF AMERICA, N.A. and          )
SPECIALIZED LOAN SERVICING LLC     )   STIPULATION AND ORDER
                                   )   FOR DISMISSAL WITH PREJUDICE
     Defendants.                   )
_____)

     Pursuant to F.R.C.P. 41(a)(1)(A) and local rule 7-1 it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

     DATED: January 19, 2016

MITCHELL D. GLINER, ESQ.                    AKERMAN LLP

_____           _____
MITCHELL D. GLINER, ESQ.                    ARIEL E. STERN, ESQ.
Nevada Bar No. 003419                       Nevada Bar No. 8276
3017 W. Charleston Blvd. # 95               ALLISON SCHMIDT, ESQ.
Las Vegas, Nevada 89102                     Nevada Bar No. 10743
Attorney for Plaintiff                      1160 Town Center Dr., #330
                                            Las Vegas, Nevada 89144
                                            Attorneys for Defendants

     IT IS SO ORDERED this ___ day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE